United States District Court
Southern District of Texas
**ENTERED**
September 04, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ANGELICA RODRIGUEZ, *et al.* | § | |
| | § | |
| Plaintiffs | § | |
| VS. | § | CIVIL ACTION NO. 2:23-CV-00078 |
| | § | |
| UNITED STATES OF AMERICA | § | |

# MEMORANDUM AND RECOMMENDATION

Pending is the parties' Agreed Motion for Settlement. (D.E. 23). The undersigned appointed Liana Gonzales as a guardian ad litem to represent the interests of the minor children. (D.E. 25). Ms. Gonzales has now filed a thorough report recommending approval of the settlement. (D.E. 31). Further, a hearing was held on today's date where Ms. Gonzales stated she had no issue with the minors' settlement funds being given to their mother to safeguard for their use upon reaching the age of majority rather than depositing these funds in the Court's registry. Having reviewed the Motion and the Report, the undersigned **RECOMMENDS** the Agreed Motion for Settlement be **GRANTED**. (D.E. 23).

ORDERED on September 4, 2024.

Jason B. Libby
United States Magistrate Judge

NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within **FOURTEEN (14) DAYS** after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to 28 U.S.C. § 636(b)(1)(c); Rule 72(b) of the Federal Rules of Civil Procedure; and Article IV, General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendations in a Magistrate Judge's report and recommendation within **FOURTEEN (14) DAYS** after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court. *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (en banc).