United States District Court
Southern District of Texas
**ENTERED**
September 19, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ANGELICA RODRIGUEZ, *et al.* § | |
| § | |
| Plaintiffs § | |
| VS. § | CIVIL ACTION NO. 2:23-CV-00078 |
| § | |
| UNITED STATES OF AMERICA § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

On September 4, 2024, United States Magistrate Judge Jason B. Libby issued his "Memorandum and Recommendation" (D.E. 32), recommending that the parties' Agreed Motion for Settlement (D.E. 23) be granted, including the provision that the minors' recoveries be entrusted to their parent rather than held in the registry of the Court. The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's memorandum and recommendation. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's memorandum and recommendation (D.E. 32), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the

findings and conclusions of the Magistrate Judge. Accordingly, the motion for settlement (D.E. 23) is **GRANTED**.

    **ORDERED** on September 19, 2024.

                                                              _____
                                                              NELVA GONZALES RAMOS
                                                              UNITED STATES DISTRICT JUDGE